UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIRMID IP LLC,

    Plaintiffs,

v.                                                Case No. 12-12796

TERUMO CARDIOVASCULAR
SYSTEMS CORPORATION,

    Defendant.
                                                  /

**ORDER DISMISSING THE ACTION AND CLOSING THE CASE**

During a November 30, 2012, telephone conference the parties stated that they have nearly reached a settlement, and there is no need for additional judicial supervision. The parties agree to provisionally end the action. Accordingly,

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE and that the case is CLOSED subject to the right of any party to (1) submit a stipulated form of final order or judgment or (2) re-open the case and resume the action. If the parties submit nothing by December 28, 2012, the action will be deemed dismissed with prejudice.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: November 30, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 30, 2012, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522