UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIRMID IP LLC,

    Plaintiffs,

v.                                  Case No. 12-12796

TERUMO CARDIOVASCULAR
SYSTEMS CORPORATION,

    Defendant.
                                        /

**ORDER ADVANCING DISMISSAL-WITH-PREJUDICE DEADLINE**

In accord with the parties' joint motion [Dkt. # 23], which is GRANTED, IT IS ORDERED that the deadline to "(1) submit a stipulated form of final order or judgment or (2) re-open the case and resume the action" under the November 30, 2012, order (Dkt. # 21) is extended until **January 31, 2013**.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: January 17, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 17, 2013, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522