# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AIRMID IP LLC,

    Plaintiffs,

v.                                    Case No. 12-12796

TERUMO CARDIOVASCULAR
SYSTEMS CORPORATION,

    Defendant.
_____/

## ORDER EXTENDING DISMISSAL-WITH-PREJUDICE DEADLINE

In accord with the parties' second joint motion [Dkt. # 25], which is GRANTED,

IT IS ORDERED that the deadline to "(1) submit a stipulated form of final order or judgment or (2) re-open the case and resume the action" under the November 30, 2012, order (Dkt. # 21) is extended until **March 15, 2013**.

IT IS FURTHER ORDERED that Plaintiff's "Conditional Motion to Reinstate Case" [Dkt. # 26] is DENIED AS MOOT.

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: February 12, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 12, 2013, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522